UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:08-CR-46-002 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| ALEJANDRO BARBA | ) | |
| A.K.A. "ALEX BARBA" | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared in custody before the undersigned on May 22, 2008, for an initial appearance and arraignment on an indictment. Assistant United States Attorney Tracee Plowell was present representing the government. CJA Panel Attorney Alex Brown was present representing the defendant. The government moved for detention of the defendant. The defendant requested a hearing. The government indicated a need for additional time to determine defendants immigration status. Upon agreement of counsel a detention hearing is scheduled to commence before the undersigned on **May 30**, **2008** at **10:30 a.m.** The defendant acknowledged and agreed that he would remain in detention until such hearing. The defendant shall be held in custody by the United States Marshal until May 30, 2008, and produced for the above scheduled hearing.

For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

IT IS SO ORDERED.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge