# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-46 |
| | ) | (Phillips) |
| **ALEJANDRO BARBA** | ) | |

## ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation (R&R) [Doc. 108] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on November 28, 2008, is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to dismiss Counts One and Two of the indictment, or in the alternative to obtain a bill of particulars of the indictment [Doc. 67]; and defendant's motion to dismiss Count One as duplicitous [Doc. 72] are **DENIED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge